No. 85–5609. PREJEAN *v.* BLACKBURN, WARDEN. C. A. 5th Cir.;

No. 86–6023. KUNKLE *v.* TEXAS. Ct. Crim. App. Tex.;

No. 87–6406. WILLIAMS *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;

No. 88–1154. MONROE *v.* BUTLER, WARDEN. Crim. Dist. Ct. La., Parish of Orleans;

No. 88–5189. CREWS *v.* ILLINOIS. Sup. Ct. Ill.;

No. 88–5237. GUERRA *v.* TEXAS. Ct. Crim. App. Tex.;

No. 88–5437. WILLIAMS *v.* GEORGIA. Sup. Ct. Ga.;

No. 88–5581. POGGI *v.* CALIFORNIA. Sup. Ct. Cal.;

No. 88–5749. HOLLOWAY *v.* OHIO. Sup. Ct. Ohio;

No. 88–5953. MACKALL *v.* VIRGINIA. Sup. Ct. Va.;

No. 88–6315. BELL *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;

No. 88–6585. FETTERLY *v.* IDAHO. Sup. Ct. Idaho;

No. 88–6611. LeCROY *v.* FLORIDA. Sup. Ct. Fla.;

No. 88–6838. PERILLO *v.* TEXAS. Ct. Crim. App. Tex.;

No. 88–7013. KELLY *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;

No. 88–7138. GILLARD *v.* OHIO. Sup. Ct. Ohio;

No. 88–7242. STOUT *v.* VIRGINIA. Sup. Ct. Va.; and

No. 88–7394. NGUYEN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. Reported below: No. 85–5609, 743 F. 2d 1091 and 765 F. 2d 482; No. 86–6023, 771 S. W. 2d 435; No. 87–6406, 837 F. 2d 1294; No. 88–5189, 122 Ill. 2d 266, 522 N. E. 2d 1167; No. 88–5237, 771 S. W. 2d 453; No. 88–5437, 258 Ga. 281, 368 S. E. 2d 742; No. 88–5581, 45 Cal. 3d 306, 753 P. 2d 1082; No. 88–5749, 38 Ohio St. 3d 239, 527 N. E. 2d 831; No. 88–5953, 236 Va. 240, 372 S. E. 2d 759; No. 88–6315, 858 F. 2d 978; No.

88–6585, 115 Idaho 231, 766 P. 2d 701; No. 88–6611, 533 So. 2d 750; No. 88–6838, 758 S. W. 2d 567; No. 88–7013, 862 F. 2d 1126; No. 88–7138, 40 Ohio St. 3d 226, 533 N. E. 2d 272; No. 88–7242, 237 Va. 126, 376 S. E. 2d 288; No. 88–7394, 769 P. 2d 167.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.